The People of the State of New York ex rel. Benjamin Karpilow v. Robert Barr, Warden of the City Prison of the City of New York, and Another. — Motion granted, the relator meantime to remain in custody until his appeal

* See Code Crim. Proc. § 535, as amd. by Laws of 1926, chap. 464.— [Rep.

shall be heard, which must be brought on promptly for argument. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOL BINDER v. ROBERT BARR, Warden of the City Prison of the City of New York, and Another.— Motion granted, the relator meantime to remain in custody until his appeal shall be heard, which must be brought on promptly for argument. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.